# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**SHAWN GUESS,**

    **Plaintiff,**

v.

**STEVEN WHEELER,** *et al.*,

    **Defendants.**

Case No. 5:25-CV-00427-CAR-CHW

## ORDER

*Pro se* Plaintiff Shawn Guess filed a complaint pursuant to 42 U.S.C. § 1983. ECF No. 1. He has now filed a motion requesting that this case be dismissed without prejudice so that he may refile later with the assistance of retained counsel. ECF No. 6. Rule 41 of the Federal Rules of Civil Procedure provides that a "…plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion to summary judgment, or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A). Because no defendant has been served in the case, leave of court is not required to dismiss this action, and Plaintiff is automatically entitled to voluntary dismissal. Accordingly, Plaintiff's request to dismiss (ECF No. 6) is **GRANTED** and this civil action is **DISMISSED without prejudice.**

**SO ORDERED**, this 16th day of December, 2025.

                        s/ C. Ashley Royal
                        C. ASHLEY ROYAL, JUDGE
                        UNITED STATES DISTRICT COURT