IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SHAWN GUESS, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-CV-00427-CAR-CHW |
| | * |
| STEVEN WHEELER, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated December 16, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 17th day of December, 2025.

David W. Bunt, Clerk

s/ Amy N. Stapleton, Deputy Clerk